CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RK
AUG 24 2007
JOHN F. CORCORAN, CLERK
BY: HMcD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES DANIEL BRISCOE,<br><br>Plaintiff,<br><br>DR. MOSES, et al.,<br><br>Defendants. | Civil Action No. 7:06cv00752<br><br>**FINAL ORDER**<br><br>By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Motion to Dismiss all claims against Defendant Hubbard (Dkt. No. 40), shall be and hereby is **GRANTED**; and all claims against Defendant Hubbard are hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state any actionable claim; the Motions to Dismiss filed by Defendant Dr. Moses (Dkt. No. 24), which I construe as a Motion for Summary Judgment, and Defendants Simpkins and Wirt (Dkt. No. 40), are hereby **DENIED** and the Defendants are hereby **DIRECTED** to file within twenty (20) days from entry of this Order supplemental Motions for Summary Judgment, supported by affidavit(s), addressing issues including, but not limited to, the following:

    A.    Whether Briscoe is a pretrial detainee or a convicted prisoner;

    B.    Whether Briscoe's osteoarthritis and prostate problems are serious medical needs and whether the medications at issue are medically necessary;

    C.    Whether Simpkins and Wirt were personally involved with a denial of treatment;

    D.    NRVJ policy for treating indigent inmates; and

    E.    Whether Briscoe is currently receiving the requested medication for his osteoarthritis

and/or his enlarged prostate.

The Clerk of the Court is directed to send a copy of this Order and Memorandum Opinion to Plaintiff and to counsel of record for Defendants.

ENTER: This 24th day of August, 2007.

*/s/ Jackson L. Kiser*
Senior United States District Judge